# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: DONOFRIO, MARK | § | Case No. 11-46491-BB |
| DONOFRIO, CONCETTA | § |  |
|  | § |  |
| Debtor(s) | § |  |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code
was filed on November 16, 2011.  The undersigned trustee was appointed on November 16, 2011.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of          $_____22,864.36

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 2,835.65 |
| Bank service fees | 275.91 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of [1]          $_____19,752.80

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank
account.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest
earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may
receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on
account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 04/04/2014 and the deadline for filing governmental claims was 04/04/2014.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,036.44.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,036.44, for a total compensation of $3,036.44.[2]In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/26/2015               By:/s/THOMAS B. SULLIVAN, TRUSTEE
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-46491-BB
**Case Name:** DONOFRIO, MARK
  DONOFRIO, CONCETTA
**Period Ending:** 05/26/15

**Trustee:**   (330180)   THOMAS B. SULLIVAN, TRUSTEE
**Filed (f) or Converted (c):** 11/16/11 (f)
**§341(a) Meeting Date:** 12/08/11
**Claims Bar Date:** 04/04/14

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 23 BAKER LANE, NAPERVILLE, IL | 850,000.00 | 0.00 | | 0.00 | FA |
| 2 | 3315 FAIRMONT AVENUE, NAPERVILLE, IL | 280,000.00 | 0.00 | | 22,864.36 | FA |
| 3 | 2040 TAMAHAWK LANE, NAPERVILLE, IL | 195,000.00 | 0.00 | | 0.00 | FA |
| 4 | CHASE CHECKING ACCOUTN | 6,200.00 | 0.00 | | 0.00 | FA |
| 5 | HOUSEHOLD GOODS | 2,500.00 | 0.00 | | 0.00 | FA |
| 6 | MISC ITEMS | 40.00 | 0.00 | | 0.00 | FA |
| 7 | CLOTHING | 200.00 | 0.00 | | 0.00 | FA |
| 8 | WEDDING RINGS | 400.00 | 0.00 | | 0.00 | FA |
| 9 | TERM LIFE INS | 0.00 | 0.00 | | 0.00 | FA |
| 10 | MCAD, INC. | 0.00 | 0.00 | | 0.00 | FA |
| 11 | TAX REFUND | 2,000.00 | 0.00 | | 0.00 | FA |
| 12 | 2007 BMW | 19,485.00 | 0.00 | | 0.00 | FA |
| 13 | 2009 NISSAN VERSA | 8,047.00 | 0.00 | | 0.00 | FA |
| 14 | DOG | 0.00 | 0.00 | | 0.00 | FA |
| 14 | **Assets**   Totals (Excluding unknown values) | **$1,363,872.00** | **$0.00** | | **$22,864.36** | **$0.00** |

**Major Activities Affecting Case Closing:**

DETERMINING WHETHER ACCOUNTANT IS NEEDED; FINAL TO FOLLOW

INVESTIGATING TURNOVER OF SURPLUS FROM FORECLOSURE; FUNDS RECEIVED;

**Initial Projected Date Of Final Report (TFR):**   December 31, 2014        **Current Projected Date Of Final Report (TFR):**   June 30, 2015

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-46491-BB
**Case Name:** DONOFRIO, MARK
DONOFRIO, CONCETTA
**Taxpayer ID #:** **-***8437
**Period Ending:** 05/26/15

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)
**Bank Name:** Rabobank, N.A.
**Account:** ******8266 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/20/14 | {2} | WILL COUNTY SHERIFF'S | SURPLUS FORECLOSURE FUNDS | 1123-000 | 22,864.36 | | 22,864.36 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 22,854.36 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.06 | 22,819.30 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.91 | 22,785.39 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.49 | 22,755.90 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.09 | 22,718.81 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.67 | 22,686.14 |
| 02/26/15 | 101 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #11-46491, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 21.62 | 22,664.52 |
| 02/26/15 | 101 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #11-46491, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -21.62 | 22,686.14 |
| 02/26/15 | 102 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #11-46491, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 22.00 | 22,664.14 |
| 02/26/15 | 102 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #11-46491, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -22.00 | 22,686.14 |
| 02/26/15 | 103 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #11-46491, BOND NUMBER 10BSBGR6291 | 2300-000 | | 21.62 | 22,664.52 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.45 | 22,634.07 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.74 | 22,599.33 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.50 | 22,566.83 |
| 05/05/15 | 104 | Law Offices of William J. Factor | FEES TO COUNSEL | | | 2,814.03 | 19,752.80 |
| | | | FEES                2,740.00 | 3210-000 | | | 19,752.80 |
| | | | EXPENSES              74.03 | 3220-000 | | | 19,752.80 |

|  | | ACCOUNT TOTALS | 22,864.36 | 3,111.56 | $19,752.80 |
|---|---|---|---|---|---|
| | | Less: Bank Transfers | 0.00 | 0.00 | |
| | | **Subtotal** | **22,864.36** | **3,111.56** | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | **NET Receipts / Disbursements** | **$22,864.36** | **$3,111.56** | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-46491-BB | **Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Case Name:** DONOFRIO, MARK | **Bank Name:** Rabobank, N.A. |
| DONOFRIO, CONCETTA | **Account:** ******8266 - Checking Account |
| **Taxpayer ID #:** **-***8437 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 05/26/15 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

|  |  |  |
|---|---|---|
| Net Receipts : | 22,864.36 | |
| Net Estate : | $22,864.36 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******8266** | **22,864.36** | **3,111.56** | **19,752.80** |
| | **$22,864.36** | **$3,111.56** | **$19,752.80** |

{} Asset reference(s)

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER     Claims Bar Date: April 4, 2014

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** 11-46491-BB | | Page: 1 | | **Date:** May 26, 2015 | |
| **Debtor Name:** DONOFRIO, MARK | | | | **Time:** 02:24:15 PM | |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADMIN1 200 | THOMAS B. SULLIVAN, TRUSTEE 105 W Madison Suite 1500 Chicago, IL 60602 | Admin Ch. 7 | | $3,036.44 | $0.00 | 3,036.44 |
| ADMIN2 200 | Law Offices of William J. Factor 105 W. Madison Suite 1500 Chicago, IL 60602 | Admin Ch. 7 | | $2,740.00 | $2,740.00 | 0.00 |
| ADMIN3 200 | Law Offices of William J. Factor 105 W. Madison Suite 1500 Chicago, IL 60602 | Admin Ch. 7 | | $74.03 | $74.03 | 0.00 |
| 2P 570 | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | Priority | | $221.91 | $0.00 | 221.91 |
| 7 560 | BMW Bank of North America BMW Financial Services NA, LLC Pob 201347 Arlington, TX 76006 | Secured | WITHDRAWN | $0.00 | $0.00 | 0.00 |
| 1 610 | Sims Law Firm, Ltd. 1700 Park St. Suite 206 Naperville, IL 60563 | Unsecured | | $2,555.98 | $0.00 | 2,555.98 |
| 2U 610 | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | Unsecured | | $173.95 | $0.00 | 173.95 |
| 3 610 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | | $11,341.30 | $0.00 | 11,341.30 |
| 4 610 | Ben Franklin Bank of Illinois Crowley & Lamb P C 221 North lasalle street suite 1550 Chicago, IL 60601 | Unsecured | | $93,514.47 | $0.00 | 93,514.47 |
| 5 610 | Washington Woods Homeowners Association David E Zajicek,President,7 Baker Lane Napperville, IL 60565 | Unsecured | | $3,400.00 | $0.00 | 3,400.00 |
| 6 610 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $380.59 | $0.00 | 380.59 |
| 8 610 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $2,908.43 | $0.00 | 2,908.43 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER          **Claims Bar Date:** April 4, 2014

**Case Number:** 11-46491-BB                     Page: 2                          **Date:** May 26, 2015
**Debtor Name:** DONOFRIO, MARK                                                   **Time:** 02:24:16 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9 610 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $20,950.17 | $0.00 | 20,950.17 |
| 10 610 | Portfolio Recovery Associates, LLC<br>successor to US BANK NATIONAL ASSOCIATIO<br>PRA Receivables Management LLC,PO Box 41<br>Norfolk, VA 23541 | Unsecured | | $12,138.14 | $0.00 | 12,138.14 |
| 11 -2 610 | Nicor Gas<br>Po box 549<br>Aurora, IL 60507 | Unsecured | | $228.53 | $0.00 | 228.53 |
| **<< Totals >>** | | | | 153,663.94 | 2,814.03 | 150,849.91 |

**TRUSTEE'S PROPOSED DISTRIBUTION**                     Exhibit D

Case No.: 11-46491-BB
Case Name: DONOFRIO, MARK
Trustee Name: THOMAS B. SULLIVAN, TRUSTEE

**Balance on hand:**                              $              19,752.80

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 7 | BMW Bank of North America | 24,308.09 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $              0.00
Remaining balance:                        $         19,752.80

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 3,036.44 | 0.00 | 3,036.44 |
| Attorney for Trustee, Fees - Law Offices of William J. Factor | 2,740.00 | 2,740.00 | 0.00 |
| Attorney for Trustee, Expenses - Law Offices of William J. Factor | 74.03 | 74.03 | 0.00 |

Total to be paid for chapter 7 administration expenses:   $         3,036.44
Remaining balance:                                         $        16,716.36

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $         0.00
Remaining balance:                                            $        16,716.36

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $221.91 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Internal Revenue Service | 221.91 | 0.00 | 221.91 |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 221.91 |
| Remaining balance: | $ | 16,494.45 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 147,591.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Sims Law Firm, Ltd. | 2,555.98 | 0.00 | 285.65 |
| 2U | Internal Revenue Service | 173.95 | 0.00 | 19.44 |
| 3 | Capital One Bank (USA), N.A. | 11,341.30 | 0.00 | 1,267.47 |
| 4 | Ben Franklin Bank of Illinois | 93,514.47 | 0.00 | 10,450.93 |
| 5 | Washington Woods Homeowners | 3,400.00 | 0.00 | 379.98 |
| 6 | American Express Centurion Bank | 380.59 | 0.00 | 42.53 |
| 8 | American Express Bank, FSB | 2,908.43 | 0.00 | 325.04 |
| 9 | GE Capital Retail Bank | 20,950.17 | 0.00 | 2,341.34 |
| 10 | Portfolio Recovery Associates, LLC | 12,138.14 | 0.00 | 1,356.53 |
| 11 -2 | Nicor Gas | 228.53 | 0.00 | 25.54 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 16,494.45 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $               0.00 |
| Remaining balance: | $               0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $               0.00 |
| Remaining balance: | $               0.00 |

**UST Form 101-7-TFR (05/1/2011)**