# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: DONOFRIO, MARK § | Case No. 11-46491-BB |
| DONOFRIO, CONCETTA § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S Dearborn Street
Chicago, IL  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:00am on 07/17/2015 in Courtroom         , United States Courthouse,
150 W Jefferson Street
Second Floor
Joliet, IL
.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  06/09/2015          By:   /s/THOMAS B. SULLIVAN, TRUSTEE
                                                                                                      Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: DONOFRIO, MARK | § Case No. 11-46491-BB |
| DONOFRIO, CONCETTA | § |
| | § |
| Debtor(s) | § |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 22,864.36 |
| *and approved disbursements of* | $ 3,111.56 |
| *leaving a balance on hand of* [1] | $ 19,752.80 |
| **Balance on hand:** | $ 19,752.80 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 7 | BMW Bank of North America | 24,308.09 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 19,752.80 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 3,036.44 | 0.00 | 3,036.44 |
| Attorney for Trustee, Fees - Law Offices of William J. Factor | 2,740.00 | 2,740.00 | 0.00 |
| Attorney for Trustee, Expenses - Law Offices of William J. Factor | 74.03 | 74.03 | 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,036.44 |
| Remaining balance: | $ 16,716.36 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 16,716.36

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $221.91 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Internal Revenue Service | 221.91 | 0.00 | 221.91 |

Total to be paid for priority claims: $ 221.91
Remaining balance: $ 16,494.45

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 147,591.56 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Sims Law Firm, Ltd. | 2,555.98 | 0.00 | 285.65 |
| 2U | Internal Revenue Service | 173.95 | 0.00 | 19.44 |
| 3 | Capital One Bank (USA), N.A. | 11,341.30 | 0.00 | 1,267.47 |
| 4 | Ben Franklin Bank of Illinois | 93,514.47 | 0.00 | 10,450.93 |
| 5 | Washington Woods Homeowners | 3,400.00 | 0.00 | 379.98 |
| 6 | American Express Centurion Bank | 380.59 | 0.00 | 42.53 |
| 8 | American Express Bank, FSB | 2,908.43 | 0.00 | 325.04 |
| 9 | GE Capital Retail Bank | 20,950.17 | 0.00 | 2,341.34 |
| 10 | Portfolio Recovery Associates, LLC | 12,138.14 | 0.00 | 1,356.53 |
| 11 -2 | Nicor Gas | 228.53 | 0.00 | 25.54 |

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid for timely general unsecured claims: | $ | 16,494.45 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL 60602
(312) 878-4802

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-46491-BWB
Mark J. Donofrio                                                        Chapter 7
Concetta Donofrio
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: arodarte              Page 1 of 3              Date Rcvd: Jun 10, 2015
                              Form ID: pdf006             Total Noticed: 75

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 12, 2015.
```
db/jdb         +Mark J. Donofrio,    Concetta Donofrio,    23 Baker Lane,    Naperville, IL 60565-4313
aty            +William J. Factor, Ltd.,    Law office of William J.Factor Ltd,    105 W Madison Suite 1500,
                 Chicago, IL 60602-4602
18060562       +Alexander Lumber Co.,    100 Barney Drive,    Joliet, IL 60435-6499
18452822       +Allstate,    4530 Old Cave Spring Road SW,    Roanoke, VA 24018-3423
18060563       +American Chartered Bank,    c/o ANI International, Inc.,    125 S. Wacker Drive, Suite 1210,
                 Chicago, IL 60606-4430
18060564        American Express,    Box 0001,    Los Angeles, CA 90096-0001
21689075        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21587049        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21600494       +BMW Bank of North America,    BMW Financial Services NA, LLC,    Pob 201347,
                 Arlington, TX 76006-1347
18452829       +BSV Masonry Antanas Bilevicius,    2530 Belle Plain,    Chicago,IL 60618
18060566        Bank of America,    P.O. Box 851001,    Dallas, TX 75285-1001
18060567        Bank of America, N.A.,    P.O. Box 660807,    Dallas, TX 75266-0807
18060568       +Ben Franklin Bank of Illinois,    14 N. Dryden Place,    Arlington Heights, IL 60004-6304
21543727       +Ben Franklin Bank of Illinois,    Crowley & Lamb P C,    221 North lasalle street suite 1550,
                 Chicago,IL 60601-1224
18060569       +Benchmark Enterprises, Inc.,    P.O. Box 573,    Yorkville, IL 60560-0573
18060571       +Brakur Custom Cabinetry Inc.,    c/o American Credit Systems, Inc.,
                 400 West Lake Street, Suite 111,    Roselle, IL 60172-3574
18060572        Capital One Bank,    P.O. Box 6492,    Carol Stream, IL 60197-6492
21485343        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
18060573        Chase,    PO Box 15153,    Wilmington, DE 19886-5153
18060574        Children’s Memorial Hospital,    P.O. Box 4066,    Carol Stream, IL 60197-4066
18060575       +Classico Marble & Granite,    355 Fairbanks Street,    Addison, IL 60101-3137
18246147       +Cornerstone National Bank & Trust,    C/O Francis X. Buckley Jr. Esq.,    55 East Monroe 37th flr,
                 Chicago,IL 60603-6029
18060576       +Cornerstone National Bank & Trust C,    One West Northwest Highway,    Palatine, IL 60067-3570
18060577       +Doors by Russ,    11941 Aero Drive,    Plainfield, IL 60585-9757
18060578       +Edens Bank,    3245 West Lake Avenue,    Wilmette, IL 60091-1040
18060579       +Eissner Enterprise, Inc.,    328 Waxwing Avenue,    Naperville, IL 60565-1241
18060580      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
               (address filed with court: Fifth Third Bank,    P.O. Box 630778,    Cincinnati, OH 45263-0778)
18060584       +FWC Architects,    303 Waukegan Avenue,    Highwood, IL 60040-1312
18060581       +Finishes Flooring,    208 S. Washington Street,    Naperville, IL 60540-5335
18253310       +First Midwest Bank,    c/o Klein, Daday, Aretos,    & O’Donoghue, LLC,
                 2550 W. Golf Rd., Ste. 250,    Rolling Meadows, IL 60008-4014
18263030        First Midwest Bank,    C/O Jonathan N . Rogers,    Klein,Daday,Aretos & O’Donoghue LLC,
                 Rolling Meadows,IL 60008
18060583       +First United Bank,    7626 West Lincoln Highway,    Frankfort, IL 60423-9405
18060586       +Guerard Kalina & Butkus,    100 W. Roosevelt Road, Suite A1,    Wheaton, IL 60187-5260
18060587        Harris N.A.,    P.O. Box 6201,    Carol Stream, IL 60197-6201
18060588       +Heartlands West Condo Assoc.,    c/o Caruso Management Group,    27 N. Wacker Drive, Suite 825,
                 Chicago, IL 60606-2800
18060590       +JR’s Creative Landscaping,    4716 Perth Drive,    Naperville, IL 60564-8348
18452825       +K&F Cooling,    741 Devon Ave,    Park Ridge, iL 60068-4734
18060591       +Keough & Moody PC,    1250 East Diehl Road, Suite 405,    Naperville, IL 60563-9389
18060592       +Law Offices of Francis J. Discipio,    1200 Harger Road, Suite 500,    Oak Brook, IL 60523-1819
18060593       +Law Offices of Ira T. Nevel,    175 N. Franklin, Suite 201,    Chicago, IL 60606-1847
18060594        Mercedes-Benz Financial,    PO Box 77860,    Fort Worth, TX 76177-0860
18060596        NES of Ohio,    29125 Solon Road,    Solon, OH 44139-3442
18060595        Nagel Trucking,    1043 Paramount Parkway,    Batavia, IL 60510-1454
18060599      ++ONE CLICK CASH DBA OF SFS INC,    52946 HIGHWAY 12,    SUITE 3,    NIOBRARA NE 68760-7085
               (address filed with court: One Click Cash,    2533 N. Carson Street,    Suite 5024,
                 Carson City, NV 89706)
18060598       +Omega Electric,    450 Bennett Road,    Elk Grove Village, IL 60007-1007
21728211      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,
                 successor to US BANK NATIONAL ASSOCIATIO,    PRA Receivables Management LLC,    PO Box 41067,
                 Norfolk, VA 23541)
18060600       +Riebandt & DeWald, P.C.,    1237 S. Arlington Heights Road,    Arlington Heights, IL 60005-3142
18452827        Roak & Assc,    1885 High Grove Lane,    Naperville, IL 60540
18452826        Roar Concrete,    11224 Champion Court,    Plainfield, IL 60585
18452823       +Robert Early,    6512 Brentford Court,    Plano, TX 75093-6375
18060601       +Roberts & Caruso,    411 W. Wesley Street,    Wheaton, IL 60187-4925
18060602       +Rumson, Bolling & Associates,    4570 Van Nuys Blvd., #331,    Sherman Oaks, CA 91403-2913
18452824        Sandy Feldman,    1161 Berkley,    Deerfield, IL 60615
18060603        Santander Consumer USA,    P.O. Box 105255,    Atlanta, GA 30348-5255
18452821       +Sims Law Firm Ltd,    1755 Park Street suite 200,    Naperville,IL 60563-8404
21392187       +Sims Law Firm, Ltd.,    1700 Park St.,    Suite 206,    Naperville, IL 60563-2370
18452830       +TCL Excavating,    617 Whirlway,    Genoa,IL 60135-8037
```

```
District/off: 0752-1          User: arodarte              Page 2 of 3                  Date Rcvd: Jun 10, 2015
                              Form ID: pdf006             Total Noticed: 75


18060605        The Pediatric Faculty,   Foundation,   P.O. Box 4051,   Carol Stream, IL 60197-4051
18452828       +Trademark Plumbing,   176 Monroe Street,   Oswego,IL 60543-9069
18060606      ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: U.S. Bank,   P.O. Box 790179,   Saint Louis, MO 63179-0179)
21551790       +Washington Woods Homeowners,   Association,   David E Zajicek,President,   7 Baker Lane,
                Napperville, IL 60565-4313
18060609       +Washington Woods Homeowners Assoc.,   P.O. Box 298,   Naperville, IL 60566-0298
18060610       +Wells Fargo Home Mortgage,   P.O. Box 659558,   San Antonio, TX 78265-9558
18060611       +Will County Treasurer,   302 N. Chicago Street,   Joliet, IL 60432-4059
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18060565       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 11 2015 00:46:12     Asset Acceptance,
                P.O. Box 1630,   Warren, MI 48090-1630
18060570        E-mail/Text: bankruptcynotices@bmwfs.com Jun 11 2015 00:47:03     BMW Bank of North America,
                P.O. Box 78066,   Phoenix, AZ 85062-8066
22542940       +E-mail/Text: bankruptcynotices@bmwfs.com Jun 11 2015 00:47:03     BMW Bank of North America,
                5550 Britton Parkway,   Hilliard, OH 43026-7456
18077621       +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jun 11 2015 01:31:38
                BMW Financial Services NA, LLC,   c/o Ascension Capital Group,   P.O. Box 201347,
                Arlington, TX 76006-1347
18060582        E-mail/Text: fmb.bankruptcy@firstmidwest.com Jun 11 2015 00:46:39     First Midwest Bank,
                Loan Operations Center,   P.O. Box 9003,   Gurnee, IL 60031-9003
21695123        E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2015 00:41:06     GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
18060585        E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2015 00:41:15     GE Money Bank,   P.O. Box 960061,
                Orlando, FL 32896-0061
18060589        E-mail/Text: cio.bncmail@irs.gov Jun 11 2015 00:45:39     Internal Revenue Service,
                P.O. Box 7346,   Philadelphia, PA 19101-7346
21733560       +E-mail/Text: bankrup@aglresources.com Jun 11 2015 00:45:17     Nicor Gas,   Po box 549,
                Aurora il 60507-0549
18060597        E-mail/Text: bankrup@aglresources.com Jun 11 2015 00:45:16     Nicor Gas,   P.O. Box 2020,
                Aurora, IL 60507-2020
18060608       +E-mail/Text: bnc@ursi.com Jun 11 2015 00:45:32     United Recovery Systems, Inc.,
                5800 N. Course Drive,   Houston, TX 77072-1613
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             William J. Factor, Ltd.
18060607*     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: U.S. Bank,   P.O. Box 790408,   Saint Louis, MO 63179-0408)
18060604      ##+Stone Gallery International,   1340 West Ardmore Avenue,   Itasca, IL 60143-1105
                                                                                              TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2015                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 9, 2015 at the address(es) listed below:
              Bryan M Sims    on behalf of Witness    Sims Law Firm, Ltd. bsims@simslawfirm.com
              Dawn L. Moody    on behalf of Creditor    The Heartlands West Condominium Association
               dlm@kmlegal.com, lsg@kmlegal.com
              Francis J. Pendergast, III    on behalf of Plaintiff    Ben Franklin Bank of Illinois
               fpendergast@crowleylamb.com, ibenavides@crowleylamb.com;docket@crowleylamb.com
              Francis X Buckley, Jr.    on behalf of Creditor    Cornerstone National Bank & Trust Company, N.A.
               fxbuckleyjr@thompsoncoburn.com, aversis@thompsoncoburn.com
              James J. Burns, Jr.   on behalf of Defendant Concetta  Donofrio bandwlaw@sbcglobal.net
```

```
District/off: 0752-1          User: arodarte              Page 3 of 3                  Date Rcvd: Jun 10, 2015
                              Form ID: pdf006             Total Noticed: 75
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        James J. Burns, Jr.    on behalf of Defendant Mark J. Donofrio bandwlaw@sbcglobal.net
        Jonathan N Rogers    on behalf of Creditor    First Midwest Bank jrogers@skdaglaw.com
        Kathryn A Klein    on behalf of Creditor    Portfolio Recovery Associates LLC, assignee of National
         Capital Management, LLC, assignee of Santander Consumer USA iln@riezmanberger.com
        Kelly   Smith    on behalf of Debtor Mark J. Donofrio court@sbhpc.net,    ksmith@sbhpc.net,
         jhuang@sbhpc.net
        Kelly   Smith    on behalf of Joint Debtor Concetta   Donofrio court@sbhpc.net,    ksmith@sbhpc.net,
         jhuang@sbhpc.net
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Terri M Long    on behalf of Creditor    SASS MUNI V Courts@tmlong.com
        Thomas B Sullivan    tsullivan@wfactorlaw.com,    IL19@ecfcbis.com;gsullivan@ecf.inforuptcy.com
        William J. Hurley, III    on behalf of Plaintiff    Ben Franklin Bank of Illinois
         whurley@crowleylamb.com,    dgrech@crowleylamb.com;docket@crowleylamb.com
        Yanick  Polycarpe    on behalf of Creditor    Wachovia Mortgage, FSB fka World Savings
         ypolycarpe@atty-pierce.com,    northerndistrict@atty-pierce.com
                                                                                        TOTAL: 15