# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: DONOFRIO, MARK　　　　　　　　　§ Case No. 11-46491-BB
　　　　DONOFRIO, CONCETTA　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　§

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

　　　THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $1,083,872.00　　　　　　　Assets Exempt: $25,200.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $16,716.36　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　　Without Payment: $131,097.11

Total Expenses of Administration: $6,148.00

---

　　　3) Total gross receipts of $    22,864.36    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of $22,864.36 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $24,308.09 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,148.00 | 6,148.00 | 6,148.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 221.91 | 221.91 | 221.91 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 147,591.56 | 147,591.56 | 16,494.45 |
| **TOTAL DISBURSEMENTS** | $0.00 | $178,269.56 | $153,961.47 | $22,864.36 |

    4) This case was originally filed under Chapter 7 on November 16, 2011. The case was pending for 49 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/13/2016     By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 3315 FAIRMONT AVENUE, NAPERVILLE, IL | 1123-000 | 22,864.36 |
| **TOTAL GROSS RECEIPTS** | | **$22,864.36** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | BMW Bank of North America | 4210-000 | N/A | 24,308.09 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$24,308.09** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 3,036.44 | 3,036.44 | 3,036.44 |
| Law Offices of William J. Factor | 3210-000 | N/A | 2,740.00 | 2,740.00 | 2,740.00 |
| Law Offices of William J. Factor | 3220-000 | N/A | 74.03 | 74.03 | 74.03 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 35.06 | 35.06 | 35.06 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 33.91 | 33.91 | 33.91 |
| Rabobank, N.A. | 2600-000 | N/A | 29.49 | 29.49 | 29.49 |
| Rabobank, N.A. | 2600-000 | N/A | 37.09 | 37.09 | 37.09 |
| Rabobank, N.A. | 2600-000 | N/A | 32.67 | 32.67 | 32.67 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 21.62 | 21.62 | 21.62 |
| Rabobank, N.A. | 2600-000 | N/A | 30.45 | 30.45 | 30.45 |
| Rabobank, N.A. | 2600-000 | N/A | 34.74 | 34.74 | 34.74 |
| Rabobank, N.A. | 2600-000 | N/A | 32.50 | 32.50 | 32.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$6,148.00** | **$6,148.00** | **$6,148.00** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Clerk Of The U.S. Bankruptcy Court - Internal Revenue | 5800-001 | N/A | 221.91 | 221.91 | 221.91 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $221.91 | $221.91 | $221.91 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Sims Law Firm, Ltd. | 7100-000 | N/A | 2,555.98 | 2,555.98 | 285.65 |
| 2U | Clerk Of The U.S. Bankruptcy Court - Internal Revenue | 7100-001 | N/A | 173.95 | 173.95 | 19.44 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 11,341.30 | 11,341.30 | 1,267.47 |
| 4 | Ben Franklin Bank of Illinois | 7100-000 | N/A | 93,514.47 | 93,514.47 | 10,450.93 |
| 5 | Washington Woods Homeowners | 7100-000 | N/A | 3,400.00 | 3,400.00 | 379.98 |
| 6 | American Express Centurion Bank | 7100-000 | N/A | 380.59 | 380.59 | 42.53 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | American Express Bank, FSB | 7100-000 | N/A | 2,908.43 | 2,908.43 | 325.04 |
| 9 | GE Capital Retail Bank | 7100-000 | N/A | 20,950.17 | 20,950.17 | 2,341.34 |
| 10 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 12,138.14 | 12,138.14 | 1,356.53 |
| 11 -2 | Nicor Gas | 7100-000 | N/A | 228.53 | 228.53 | 25.54 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $147,591.56 | $147,591.56 | $16,494.45 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-46491-BB  
**Case Name:** DONOFRIO, MARK  
DONOFRIO, CONCETTA  
**Period Ending:** 01/13/16

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 11/16/11 (f)  
**§341(a) Meeting Date:** 12/08/11  
**Claims Bar Date:** 04/04/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 23 BAKER LANE, NAPERVILLE, IL | 850,000.00 | 0.00 | | 0.00 | FA |
| 2 | 3315 FAIRMONT AVENUE, NAPERVILLE, IL | 280,000.00 | 0.00 | | 22,864.36 | FA |
| 3 | 2040 TAMAHAWK LANE, NAPERVILLE, IL | 195,000.00 | 0.00 | | 0.00 | FA |
| 4 | CHASE CHECKING ACCOUTN | 6,200.00 | 0.00 | | 0.00 | FA |
| 5 | HOUSEHOLD GOODS | 2,500.00 | 0.00 | | 0.00 | FA |
| 6 | MISC ITEMS | 40.00 | 0.00 | | 0.00 | FA |
| 7 | CLOTHING | 200.00 | 0.00 | | 0.00 | FA |
| 8 | WEDDING RINGS | 400.00 | 0.00 | | 0.00 | FA |
| 9 | TERM LIFE INS | 0.00 | 0.00 | | 0.00 | FA |
| 10 | MCAD, INC. | 0.00 | 0.00 | | 0.00 | FA |
| 11 | TAX REFUND | 2,000.00 | 0.00 | | 0.00 | FA |
| 12 | 2007 BMW | 19,485.00 | 0.00 | | 0.00 | FA |
| 13 | 2009 NISSAN VERSA | 8,047.00 | 0.00 | | 0.00 | FA |
| 14 | DOG | 0.00 | 0.00 | | 0.00 | FA |
| **14** | **Assets** Totals (Excluding unknown values) | **$1,363,872.00** | **$0.00** | | **$22,864.36** | **$0.00** |

**Major Activities Affecting Case Closing:**

SENT TDR TO US TEE ON 1/131/16

SENT FINAL REPORT TO US TEE 5/26/15; DETERMINING WHETHER ACCOUNTANT IS NEEDED; FINAL TO FOLLOW

INVESTIGATING TURNOVER OF SURPLUS FROM FORECLOSURE; FUNDS RECEIVED;

**Initial Projected Date Of Final Report (TFR):** December 31, 2014  **Current Projected Date Of Final Report (TFR):** July 17, 2015 (Actual)

Printed: 01/13/2016 07:24 PM  V.13.25

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-46491-BB  
**Case Name:** DONOFRIO, MARK  
　　　　　　　DONOFRIO, CONCETTA  
**Taxpayer ID #:** **-***8437  
**Period Ending:** 01/13/16  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8266 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/20/14 | {2} | WILL COUNTY SHERIFF'S | SURPLUS FORECLOSURE FUNDS | 1123-000 | 22,864.36 | | 22,864.36 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 22,854.36 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.06 | 22,819.30 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.91 | 22,785.39 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.49 | 22,755.90 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.09 | 22,718.81 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.67 | 22,686.14 |
| 02/26/15 | 101 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #11-46491, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 21.62 | 22,664.52 |
| 02/26/15 | 101 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #11-46491, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -21.62 | 22,686.14 |
| 02/26/15 | 102 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #11-46491, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 22.00 | 22,664.14 |
| 02/26/15 | 102 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #11-46491, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -22.00 | 22,686.14 |
| 02/26/15 | 103 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #11-46491, BOND NUMBER 10BSBGR6291 | 2300-000 | | 21.62 | 22,664.52 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.45 | 22,634.07 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.74 | 22,599.33 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.50 | 22,566.83 |
| 05/05/15 | 104 | Law Offices of William J. Factor | FEES TO COUNSEL | | | 2,814.03 | 19,752.80 |
| | | | FEES　　　　　　　　2,740.00 | 3210-000 | | | 19,752.80 |
| | | | EXPENSES　　　　　　74.03 | 3220-000 | | | 19,752.80 |
| 07/22/15 | 105 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $3,036.44, Trustee Compensation;  Reference: | 2100-000 | | 3,036.44 | 16,716.36 |
| 07/22/15 | 106 | Internal Revenue Service | Dividend paid 100.00% on $221.91; Claim# 2P; Filed: $221.91; Reference: Voided on 10/12/15 | 5800-000 | | 221.91 | 16,494.45 |
| 07/22/15 | 107 | Sims Law Firm, Ltd. | Dividend paid  11.17% on $2,555.98; Claim# 1; | 7100-000 | | 285.65 | 16,208.80 |

　　　　　　　　　　　　　　　　　　　　Subtotals :　　　　　$22,864.36　　　$6,655.56

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　Printed: 01/13/2016 07:24 PM    V.13.25

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-46491-BB  
**Case Name:** DONOFRIO, MARK  
DONOFRIO, CONCETTA  
**Taxpayer ID #:** **-***8437  
**Period Ending:** 01/13/16  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $2,555.98; Reference: | | | | |
| 07/22/15 | 108 | Internal Revenue Service | Dividend paid 11.17% on $173.95; Claim# 2U; Filed: $173.95; Reference: Voided on 10/12/15 | 7100-000 | | 19.44 | 16,189.36 |
| 07/22/15 | 109 | Capital One Bank (USA), N.A. | Dividend paid 11.17% on $11,341.30; Claim# 3; Filed: $11,341.30; Reference: | 7100-000 | | 1,267.47 | 14,921.89 |
| 07/22/15 | 110 | Ben Franklin Bank of Illinois | Dividend paid 11.17% on $93,514.47; Claim# 4; Filed: $93,514.47; Reference: | 7100-000 | | 10,450.93 | 4,470.96 |
| 07/22/15 | 111 | Washington Woods Homeowners | Dividend paid 11.17% on $3,400.00; Claim# 5; Filed: $3,400.00; Reference: | 7100-000 | | 379.98 | 4,090.98 |
| 07/22/15 | 112 | American Express Centurion Bank | Dividend paid 11.17% on $380.59; Claim# 6; Filed: $380.59; Reference: | 7100-000 | | 42.53 | 4,048.45 |
| 07/22/15 | 113 | American Express Bank, FSB | Dividend paid 11.17% on $2,908.43; Claim# 8; Filed: $2,908.43; Reference: | 7100-000 | | 325.04 | 3,723.41 |
| 07/22/15 | 114 | GE Capital Retail Bank | Dividend paid 11.17% on $20,950.17; Claim# 9; Filed: $20,950.17; Reference: | 7100-000 | | 2,341.34 | 1,382.07 |
| 07/22/15 | 115 | Portfolio Recovery Associates, LLC | Dividend paid 11.17% on $12,138.14; Claim# 10; Filed: $12,138.14; Reference: | 7100-000 | | 1,356.53 | 25.54 |
| 07/22/15 | 116 | Nicor Gas | Dividend paid 11.17% on $228.53; Claim# 11-2; Filed: $228.53; Reference: | 7100-000 | | 25.54 | 0.00 |
| 10/12/15 | 106 | Internal Revenue Service | Dividend paid 100.00% on $221.91; Claim# 2P; Filed: $221.91; Reference: Voided: check issued on 07/22/15 | 5800-000 | | -221.91 | 221.91 |
| 10/12/15 | 108 | Internal Revenue Service | Dividend paid 11.17% on $173.95; Claim# 2U; Filed: $173.95; Reference: Voided: check issued on 07/22/15 | 7100-000 | | -19.44 | 241.35 |
| 11/15/15 | 117 | Internal Revenue Service | UNCLAIMED FUNDS<br>Stopped on 12/12/15 | 5800-000 | | 241.35 | 0.00 |
| 12/12/15 | 117 | Internal Revenue Service | UNCLAIMED FUNDS<br>Stopped: check issued on 11/15/15 | 5800-000 | | -241.35 | 241.35 |
| 12/12/15 | 118 | Clerk Of The U.S. Bankruptcy Court | UNCLAIMED FUNDS | | | 241.35 | 0.00 |
| | | | | 5800-001 | 221.91 | | 0.00 |
| | | | | 7100-001 | 19.44 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | **22,864.36** | **22,864.36** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **22,864.36** | **22,864.36** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$22,864.36** | **$22,864.36** | |

{} Asset reference(s)

Printed: 01/13/2016 07:24 PM    V.13.25

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| | |
|---|---|
| **Case Number:** 11-46491-BB | **Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Case Name:** DONOFRIO, MARK | **Bank Name:** Rabobank, N.A. |
| DONOFRIO, CONCETTA | **Account:** ******8266 - Checking Account |
| **Taxpayer ID #:** **-***8437 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 01/13/16 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 22,864.36 | | | | |
| | | Net Estate : | $22,864.36 | | | | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******8266** | 22,864.36 | 22,864.36 | 0.00 |
| | $22,864.36 | $22,864.36 | $0.00 |

{} Asset reference(s)

Printed: 01/13/2016 07:24 PM   V.13.25